# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| STUART W. BELL,<br>An Individual,<br><br>   Plaintiff,<br><br>-vs-<br><br>LAKELAND SALES, LLC, a Florida Limited<br>Liability Company,<br><br>   Defendant. | CASE NO.: 8:23-cv-01032-SDM-MRM |

## JOINT NOTICE OF SETTLEMENT

Under Local Rule 3.09 and Fed. R. Civ. P. 41, the parties notify the Court that a settlement has been reached as to Defendant, Lakeland Sales, LLC. The parties ask the Court to retain jurisdiction and anticipate filing a stipulation for dismissal with prejudice within (30) days.

Dated: July 17, 2023   Respectfully submitted,

            */s/ Darren R. Newhart*
            Darren R. Newhart, Esq.
            FL Bar No: 0115546
            Sarah Cibula Feller, Esq.
            FL Bar No: 1027809
            E-mail: darren@newhartlegal.com
               sarah@newhartlegal.com
            NEWHART LEGAL, P.A.
            14611 Southern Blvd. Suite 1351
            Loxahatchee, FL 33470
            Telephone: (561) 331-1806

Facsimile: (561) 473-2946

*/s/ Joshua E. Feygin*
JOSHUA FEYGIN, ESQ.
FL Bar No.: 124685
Email: Josh@sueyourdealer.com
SUE YOUR DEALER – A LAW FIRM
1930 Harrison St Suite 208F
Hollywood, FL 33020
Tel: (954) 228-5674
Fax: (954) 697-0357

*/s/ Benjamin E. Olive*
Benjamin E. Olive, Esq.
FL Bar No.: 387983
Email: Bolive@olivejudd.com
Olive | Judd, P.A.
2426 E Las Olas Blvd.
Fort Lauderdale, FL 33301
Tel: (954) 334-2250

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on July 17, 2023 via the Clerk of Court's CM/ECF system. I further certify that the foregoing has been sent via electronic transmission to all counsel on the service list below.

*/s/ Joshua Feygin*
Joshua Feygin, Esq.

## SERVICE LIST

All counsel of record.