UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISON

Case No. 8:23-cv-01032-SDM-MRM

| | |
|---|---|
| STUART W. BELL, An Individual, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| LAKELAND SALES, LLC, a Florida Limited Liability Company, | ) ) ) |
| Defendant. | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, having amicably resolved all issues by and through their respective undersigned counsel, hereby stipulate to the dismissal of this action with prejudice. The parties agree that each party shall bear its own attorneys' fees and costs.

Dated: August 3, 2023

Respectfully Submitted,

| | |
|---|---|
| */s/ Darren R. Newhart* | */s/ Benjamin E. Olive* |
| Darren R. Newhart, Esq. | Benjamin E. Olive, Esq. |
| FL Bar No: 0115546 | FL Bar No: 387983 |
| Sarah Cibula Feller, Esq. | bolive@olivejudd.com |
| FL Bar No.: 1027809 | OLIVE \| JUDD, P.A. |
| E-mail: darren@newhartlegal.com | 2426 East Las Olas Blvd. |
|      sarah@newhartlegal.com | Fort Lauderdale, FL 33301 |
| NEWHART LEGAL, P.A. | Telephone: (954) 334-2250 |
| 14611 Southern Blvd. Suite 1351 | Facsimile:  (954) 334-2259 |
| Loxahatchee, FL 33470 | *Counsel for the Defendant* |
| Telephone: (561) 331-1806 | |
| Facsimile:  (561) 473-2946 | |
| *Counsel for the Plaintiff* | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 3, 2023, I electronically filed the foregoing document with the Clerk of Court. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

                                         */s/ Darren R. Newhart*
                                         Darren R. Newhart, Esq.
                                         FL Bar No: 0115546

## **SERVICE LIST**

All counsel of record.